UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John Doe 1, *et al.*, ) | |
| ) | CASE NO. 1:22 CV 1981 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| Berea City School District, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | **ORDER** |

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| John Doe 9, ) | |
| ) | CASE NO. 1:22 CV 1997 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| Berea City School District, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | |

Currently pending is the Joint Motion to Consolidate (Doc. 8, filed in Case No. 1:22 CV 1997). For good cause shown, the motion is granted. Case Nos. 1:22 CV 1981 and 1:22 CV 1997 are hereby consolidated pursuant to Fed.R. Civ. Pro. 42. Case No. 1:22 CV 1997 is hereby closed.[1] By agreement, plaintiffs will file a consolidated amended complaint. The Clerk of Court shall docket the within Order in both Case Nos. 1:22 CV 1981 and 1:22 CV 1997. In the

---

[1] The Clerk's Office shall administratively close Case No. 1:22 CV 1997.

future, all pleadings and other papers for the above-entitled actions shall only be filed in Case No. 1:22 CV 1981.

IT IS SO ORDERED.

Dated: 2/14/23

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge